1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID RAYMOND ANDREWS,

         Plaintiff,

  v.

FEDERAL BUREAU OF
INVESTIGATION,

         Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

1:11cv01659 AWI DLB

ORDER DENYING EX PARTE REQUEST
FOR ACKNOWLEDGMENT OF FILING OF
RETURN OF SERVICE

(Document 11)

17      Plaintiff David Raymond Andrews ("Plaintiff"), a state prisoner proceeding pro se and in

18 forma pauperis, filed this action on September 27, 2011.

19      On October 31, 2011, the Court issued an order directing service of the complaint by the

20 United States Marshal.  On December 8, 2011, Defendant filed an answer to the complaint.

21      On December 9, 2011, Plaintiff filed the instant ex parte application requesting proof of

22 return of service by the United States Marshal.  As Defendant has filed an answer to the

23 complaint, Plaintiff's request for proof of service is moot.  Accordingly, his ex parte application

24 is HEREBY DENIED.

25      IT IS SO ORDERED.

26  **Dated:**   **December 12, 2011**           **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE

27
28

1