# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID RAYMOND ANDREWS, | ) | 1:11cv01659 AWI DLB |
| | ) | |
| Plaintiff, | ) ) ) | ORDER DENYING EX PARTE REQUEST FOR ACKNOWLEDGMENT OF FILING OF RETURN OF SERVICE |
| v. | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | (Document 11) |
| | ) ) | |
| Defendant. | ) ) | |

Plaintiff David Raymond Andrews ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this action on September 27, 2011.

On October 31, 2011, the Court issued an order directing service of the complaint by the United States Marshal. On December 8, 2011, Defendant filed an answer to the complaint.

On December 9, 2011, Plaintiff filed the instant ex parte application requesting proof of return of service by the United States Marshal. As Defendant has filed an answer to the complaint, Plaintiff's request for proof of service is moot. Accordingly, his ex parte application is HEREBY DENIED.

IT IS SO ORDERED.

Dated: **December 12, 2011**          **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE

1