# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAYMOND ANDREWS,<br><br>    Plaintiff,<br><br>    vs.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendant.<br>_____/ | CASE NO. CV F 11-1659 LJO DLB<br><br>**ORDER ON EXTENSION TO FILE OPPOSITION PAPERS**<br>(Docs. 27-28.) |

On October 5, 2012, defendant Federal Bureau of Investigation ("FBI") filed its moving papers for dismissal of or summary judgment on plaintiff David Raymond Andrews' ("Mr. Andrews'") claims under the Freedom of Information Act, 5 U.S.C. § 552. This Court's November 9, 2012 order granted Mr. Andrews an extension up to December 14, 2012 to file and serve opposition papers. On December 17, 2012, Mr. Andrews filed papers, dated December 13, 2012, to seek a further extension up to December 20, 2012 to file and serve opposition papers.

This Court reluctantly GRANTS Mr. Andrews an extension up to December 27, 2012 to file and serve papers to oppose dismissal/summary judgment. This Court ADMONISHES Mr. Andrews that it is poised to rule on the FBI's dismissal/summary judgment motion and will grant no further extensions.

This Court FURTHER ORDERS the FBI to file and serve reply papers, at its option, no later than seven days after the filing of Mr. Andrews' opposition papers.

IT IS SO ORDERED.

Dated:   December 19, 2012              /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

1