IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAYMOND ANDREWS, | CASE NO. CV F 11-1659 LJO DLB |
| Plaintiff, | **ORDER TO DENY RELIEF** |
| vs. | (Docs. 39, 40.) |
| FEDERAL BUREAU OF INVESTIGATION, | |
| Defendant. | |
| _____ / | |

    Based on a strong record, this Court's January 8, 2013 order dismissed plaintiff David Raymond Andrews' claims under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Mr. Andrews had filed no timely opposition papers, despite expired extensions and the passage of three months to do so. On January 14, 2013, Mr. Andrews filed papers to oppose dismissal of his claims and to seek an extension to file further opposition papers and further relief (docs. 37-40).

    This Court has reviewed all of Mr. Andrews' papers, and they fail to raise a legitimate challenge to any of this Court's rulings or its actions. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") Mr. Andrews' papers fail to substantiate reconsideration of dismissal of his claims or the impropriety of judgment for defendant Federal Bureau of Investigation. This Court has issued its final decision and will entertain

no further filings by Mr. Andrews.  Moreover, given this Court's heaviest caseload in the nation, this Court is unable to revisit decided matters at the expense of other actions and litigants.

As such, this Court DENIES Mr. Andrews relief requested in his papers filed on January 14, 2013, and ADMONISHES Mr. Andrews that this Court will refuse to file and will return and/or strike Mr. Andrew's further papers which attempt to vex this Court and/or defendant.

IT IS SO ORDERED.

**Dated:   January 16, 2013**          /s/  Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE